UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDRE HAMILTON, <br><br> Plaintiff, <br><br> v. <br><br> HAMRA ENTERPRISES d/b/a/ Noodles & Company, <br><br> Defendant. | Case No. 22-cv-2002-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion of plaintiff Andre Hamilton's counsel to withdraw from this case (Doc. 33). Counsel informs the Court that they have been unable to contact Hamilton by telephone, mail, or tracked postal mail since at least December 2022, and Hamilton has not responded to any of their overtures. This has prevented Hamilton from responding to some of the defendant's discovery requests. Because representation is not possible without communication from the client, the Court **GRANTS** the motion to withdraw (Doc. 33) and **ORDERS** that counsel Nathan C. Volheim and Chat William Eisenback are **TERMINATED** as counsel in this case.

The Court further **ORDERS** that, within 21 days of entry of this order, Hamilton shall retain new counsel and have counsel enter an appearance or, in the alternative, Hamilton shall file a notice that he will be proceeding *pro se*. Should Hamilton fail to retain new counsel or notify the Court he is proceeding *pro se*, the Court may dismiss this case without further warning pursuant to Federal Rule of Civil Procedure 41(b) for failure to obey a court order and/or for failure to prosecute. The Court **RESERVES RULING** on the defendant's motion to compel discovery (Doc. 32).

The Court **DIRECTS** the Clerk of Court to send a copy of this order to Andre Hamilton at 1320 North 1st Street, Swansea, Illinois, 62226.

**IT IS SO ORDERED.**
**DATED:  February 15, 2023**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**