UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDRE HAMILTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HAMRA ENTERPRISES d/b/a/ Noodles & Company,<br><br>　　　　Defendant. | Case No. 22-cv-2002-JPG |

## JUDGMENT

This matter having come before the Court and the plaintiff having failed to prosecute this action,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: April 13, 2023**　　　　　　　**MONICA A. STUMP, Clerk of Court**

　　　　　　　　　　　　　　　　　　　**s/Tina Gray, Deputy Clerk**


**Approved:**　　s/ J. Phil Gilbert
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**